

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 1 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Darian J Broomfield

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:16-cv-505
Judge Milton I. Shadur
Magistrate Judge Jeffrey Cole**

vs.

Case No._____
(To be supplied by the Clerk of this Court)

~~JACK SHAW,~~

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

   **X**    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: **None**

    C. Prisoner identification number: **None**

    D. Place of present confinement: **N/A**

    E. Address: **N/A**

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: **Jack Shawq**

        Title: **Owner of hit and run vehicle**

        Place of Employment: **Unk.**

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: **None**

    B. Approximate date of filing lawsuit: **N/A**

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: **N/A**

    D. List all defendants: **N/A**

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **N/A**

    F. Name of judge to whom case was assigned: **N/A**

    G. Basic claim made: **N/A**

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **N/A**

    I. Approximate date of disposition: **N/A**

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

**SEE FOLLOWING PAGES**

Revised 9/2007

1) Om or about April 24, 2014, while riding homes in a vehicle with friends, when making a routime right turn on 95th and State.

2) Defendant Shaw driving under the influence of intoxicants and and driving over the speed limit crashed into our vehicle, resulting in serious injury to all occupants.

3) Plaintiff suffered the following injuries. Concussion and colar bone fracture he lost his job and residence and he now is in great personal debt, due to the defendant's reackell lawlessness.

4) In criminal proceedings defendant entered a plea of guilt June 12, 2015 to DUI and other charges.

5) Defendant violated plaintiff's rights under the Federal and Illinois State Constitutions and violated State and Federal law.

6) 6) plaintiff incurred great medicalexpenses, rent payments and food costs and prsdently he's a pauper, just now getting back on his feet.

7) Plaintiff seek leae to amend complaint.

I

LEGAL CLAIM COUNT 1

8) defendant's acts, practice and omissions done intentionally knowingly, willfully and arbitrarily deprives plaintiff of his

Revised 9/2007

rights under the U.S. Constitutional rights to Due Process, Equal Protection of the Law and subjected him to cruel and unusual punishment, under the 5th, 8th and 14th Amendments.

II.

LEGAL CLAIM COUNT 2

10) Defendant's acts and omissions deprived plaintiff of his rights under Art.1 S 2 and Art. 2 S1 of the Illinois State Constutution

III.

LEGAL CLAIMS COUNT 3

11) Defendant's acts and ommissions deprives plaintiff of rights retained under Illinois State Law

V.  Relief:

   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

   A0 Compensatory damages of $1.Million Dollars assessed against thec defendant to be awarded plaintiff; B) Punitive damages of $2. Million Dollars to be assessed aginst the defendantabd given plaintiff; C) Defendant pay all costs of this action; D) Defendant pay reasonable Attorney Fees; E) Criminal charges be lodged; F) Any additional relief this Court deems equitable, proper and just.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5th__ day of __Jan.__, 20__16__

___Dan Broomfield___
(Signature of plaintiff or plaintiffs)

___Darian J Broomfield___
(Print name)

_____
(I.D. Number)

___539 N Harding Chi, IL, 60624___
(Address)