IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DARIAN J. BROOMFIELD**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 505 |
| | ) | |
| **JACK SHAW**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Darian Broomfield ("Broomfield") has utilized the Clerk's-Office-supplied forms of "Complaint under the Civil Rights Act, Title 42 Section 1983" and "In Forma Pauperis Application" ("Application") to file a claim against Jack Shaw ("Shaw"), whom he describes in Complaint ¶ II.A as "Owner of hit and run vehicle." Broomfield's filing contains these flaws noted by the intake Deputy Clerk that appear to reflect his unwillingness to play by the operative rules:

> 1) No service copy of Complaint provided by Plaintiff. 2) No address for Summons. Plaintiff insisted on filing as is.

But even more importantly, nonlawyer Broomfield simply does not understand that federal courts have jurisdiction only as Congress confers it, and his Complaint is simply not a federal case.

Accordingly both the Complaint and this action are dismissed for lack of subject matter jurisdiction, Complaint ¶ 7 ("Plaintiff seek leae to amend complaint") is denied and the Application is denied as moot. This Court expresses no views as to the merit or lack of merit in

Broomfield's claim against Shaw, and the dismissal here is without prejudice to the possibility that Broomfield may proceed against Shaw in a state court of competent jurisdiction.

 

_____
Milton I. Shadur
Senior United States District Judge

Date:   January 20, 2016